IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 MAR -8 AM 11:50
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| JON R. DEUTSCH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:16-CV-097-LY |
| | § | |
| ANNIS ENTERPRISES, INC., | § | |
| DEFENDANT. | § | |

### FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an order granting Defendant's motion to dismiss, dismissing all of Plaintiff's claims without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant is awarded costs of court.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this ___8th___ day of March, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE